400

64 A.3d 629

Senior Judge John DRISCOLL, Senior Judge Sandra Mazer Moss, and Judge Joseph D. O'Keefe, Petitioners,

v.

Thomas W. CORBETT, Jr., Governor of the Commonwealth of Pennsylvania, Carol T. Aichele, Secretary of the Commonwealth of Pennsylvania, and Zygmont A. Pines, Court Administrator of the Commonwealth of Pennsylvania, Respondents.

No. 19 MM 2013.

Supreme Court of Pennsylvania.

March 28, 2013.

## ORDER

PER CURIAM.

AND NOW, this 28th day of March, 2013, the Application for Extraordinary Relief is GRANTED. The parties are directed to brief the issue as framed by Petitioners:

Whether Article V, Section 16 of the Pennsylvania Constitution violates Applicants' rights under Article I of the Pennsylvania Constitution.

The Prothonotary is directed to establish an expedited briefing schedule and list this case for oral argument during our May 2013 session in Harrisburg.